# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

* * *

| | |
|---|---|
| RYNN GINO GEDDES, | Case No. 3:21-CV-00499-MMD-CLB |
| Plaintiff, | **ORDER** |
| v. | |
| LYON COUNTY SHERIFF'S DEPT., *et. al.*, | |
| Defendants. | |

On December 6, 2021, Plaintiff Rynn G. Geddes ("Geddes") filed a *pro se* civil rights complaint, (ECF No. 6). On January 20, 2022, the Court screened the complaint pursuant to 28 U.S.C. § 1915A, and allowed Geddes to proceed on a Fourth Amendment excessive force claim against Defendants Baltez, Tunstin, Spenser, and Pruett, and dismissed with leave to amend Defendant Lyon County Sheriff's Office. (ECF No. 5.) The Court further instructed Geddes that if he chose not to file an amended complaint, he would proceed on his excessive force claim only. (*Id.*) On February 14, 2022, Geddes filed a motion to extend time to file an amended complaint, (ECF No. 9), which the Court granted. (ECF No. 10.) Despite being given an extension to file an amended complaint, Geddes has failed to do so.

Accordingly, **IT IS HERBY ORDERED** that Geddes will **PROCEED** on his Fourth Amendment excessive force claim against Defendants Baltez, Tunstin, Spenser, and Pruett, as specified in the screening order (ECF No. 5);

**IT IS FURTHER ORDERED** that the Clerk shall **ISSUE** summons for Defendants Baltez, Tunstin, Spenser, and Pruett and deliver same to the U.S. Marshal for service. The Clerk **SHALL SEND** to Geddes **four** USM-285 forms. The Clerk also **SHALL SEND** sufficient copies of the complaint (ECF No. 6), the screening order (ECF No. 5), and this order to the U.S. Marshal for service on the Defendants. Geddes shall have until **April 5, 2022,** to complete the USM-285 forms and return them to the U.S. Marshal, 400 South

Virginia Street, 2nd Floor, Reno, Nevada 89501. If Geddes fails to follow this order, the above-named Defendants will be dismissed for failure to complete service of process pursuant to Fed. R. Civ. P. 4(m); and

**IT IS FURTHER ORDERED** that henceforth, Geddes shall serve upon Defendants or, if appearance has been entered by counsel, upon the attorney(s) a copy of every pleading, motion, or other document submitted for consideration by the Court. Geddes shall include with the original paper to be filed with the Clerk of the Court a certificate stating the date that a true and correct copy of the document was mailed to the Defendants or counsel for defendants. The Court may disregard any paper received by a District Judge or a Magistrate Judge which has not been filed with the Clerk of the Court, and any paper received by a District Judge, Magistrate Judge, or Clerk of the Court which does not include a certificate of service.

**IT IS SO ORDERED.**

**DATED**: March 15, 2022 .

_____
**UNITED STATES MAGISTRATE JUDGE**